# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| David Letscher | Case No. 2:11-cv-12710-AC-LJM |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| B&T Financial Services, LLC | |
| Defendant. | |

Plaintiff, by and through counsel, gives Notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates being in a position to file a Notice of Dismissal with prejudice within 30 days to allow time for the parties to fully execute the settlement agreement.

                RESPECTFULLY SUBMITTED,

                MACEY & ALEMAN, P.C.
                Attorneys for Plaintiff
                By: s/Nicholas Prola
                    Nicholas Prola
                    233 S. Wacker, Suite 5150
                    Chicago, IL 60606
                    Telephone:  866-339-1156
                    Fax: 312-822-1064
                    Email:  npr@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically o n October 7, 2011. Notice of this filing was sent by placing a copy of the same in the U.S. Mail on October 7, 2011, addressed as follows.

Ronald S. Canter, Esq.
Attorney for Defendant
11300 Rockville Pike, Suite 1200
Rockville, MD 20852

*/s/ Nicholas Prola*