UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LETSCHER,

                  Plaintiff(s),                Case No.  11-12710

v.                                    Honorable Avern Cohn

B&T FINANCIAL SERVICES, LLC,

                  Defendant(s).

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 07, 2011 plaintiff filed a Notice of Settlement which stated that a settlement had been reached and appropriate papers would be submitted to the Court within thirty days.

In accordance with the plaintiff's representations, this case hereby is DISMISSED WITHOUT PREJUDICE.   This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs.

SO ORDERED.

                             s/Avern Cohn_____
Dated:  December 6, 2011             AVERN COHN
                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, December 6, 2011, by electronic and/or ordinary mail.

                             s/Julie Owens_____
                          Case Manager, (313) 234-5160