# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| David Letscher | Case No. 2:11-cv-12710-AC-LJM |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| B&T Financial Services, LLC | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

        RESPECTFULLY SUBMITTED,

        MACEY & ALEMAN, P.C.
        Attorneys for Plaintiff

        By: s/Nicholas Prola
            Nicholas Prola
            233 S. Wacker, Suite 5150
            Chicago, IL 60606
            Telephone: 866-339-1156
            Fax: 312-822-1064
            Email: npr@legalhelpers.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on a copy of the foregoing Notice was filed electronically o n December 9, 2011.  Notice of this filing was sent by placing a copy of the same in the U.S. Mail on December 9, 2011, addressed as follows.

Ronald S. Canter, Esq.
Attorney for Defendant
11300 Rockville Pike, Suite 1200
Rockville, MD 20852

*/s/ Nicholas Prola*

2